**Electronically Filed
Supreme Court
SCPW-22-0000685
20-JAN-2023
08:30 AM
Dkt. 10 ODDP**

SCPW-22-0000685

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

IN RE RONALD CARLSON

_____

ORIGINAL PROCEEDING

ORDER DISMISSING PETITION

(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

On November 7, 2022, Ronald Carlson filed a document in this court that appears to petition for a writ of coram nobis concerning a federal criminal case (CR. No. 98-00091 DAE). This court does not have jurisdiction to vacate and set aside federal criminal convictions and judgments. See Hawaiʻi Revised Statutes § 602-5 (2016).

It is ordered that the petition is dismissed.

DATED: Honolulu, Hawaiʻi, January 20, 2023.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

